United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletak, et al., | NO. C 06-03778 JW |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | **DEFENDANT'S MOTION TO DISMISS** |
| Allstate Insurance Company, et al., | |
| Defendants. | |

The Court deems Defendant's Motion to Dismiss appropriate for submission on the papers without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 25, 2006 is vacated.

Dated: September 20, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle M. Athanacio gathanacio@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated:   September 20, 2006**                                    **Richard W. Wieking, Clerk**

                                                                                   **By:  /s/ JW Chambers**
                                                                                           **Elizabeth Garcia**
                                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California