IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletake and Filka miletak, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Allstate Insurance Co.,<br><br>    Defendant.<br>_____/ | NO. C 06-03778 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On the Court's own motion, the case management conference presently scheduled for October 30, 2006 to **November 27, 2006 at 10 a.m.**

Dated: October 25, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle M. Athanacio gathanacio@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated: October 25, 2006**                    **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California