**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10

11   Vlaho Miletake, et al.,                NO. C 06-03778 JW

12           Plaintiffs,           **SECOND ORDER CONTINUING CASE**
        v.                         **MANAGEMENT CONFERENCE**
13
     Allstate Insurance Co.,
14
             Defendant.
15   _____/

16
        On the Court's own motion, the case management conference presently scheduled for
17
     November 27, 2006 to **December 18, 2006 at 10 AM.**
18

19
     Dated: November 21, 2006            _____
20                                       JAMES WARE
                                         United States District Judge
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle M. Athanacio gathanacio@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated: November 21, 2006**                                          **Richard W. Wieking, Clerk**

                                                                      **By:  /s/ JW Chambers**
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**