**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletak, et al., | NO. C 06-03778 JW |
|         Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Allstate Insurance Co., | |
|         Defendant. | |

    Pursuant to the parties' Joint Case Management Statement, the Court **vacates the case management conference** presently scheduled for January 22, 2007 pending the Court's issuance of its Order on Defendant's Motion to Dismiss.

Dated: January 18, 2007

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle M. Athanacio gathanacio@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated:  January 18, 2007**                                    **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers            
                                                                        Elizabeth Garcia
                                                                        Courtroom Deputy**