IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletak, et al., | NO. C 06-03778 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Allstate Insurance Co., | |
| Defendant. | |

This case was scheduled for a case management conference on March 26, 2007. Pursuant to the parties' Joint Case Management Statement, the Court VACATES the case management conference pending the Court's ruling on Defendant's anticipated motion to dismiss or strike.

Dated: March 21, 2007

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gayle M. Athanacio gathanacio@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated:  March 21, 2007**                                             **Richard W. Wieking, Clerk**


                                                                       **By:  /s/ JW Chambers            **
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**