SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone: (415) 981-6281
Facsimile: (415) 981-7616

Mark P. Millen, Esq., Bar No. 196718
MARK P. MILLEN, ATTORNEY AT LAW
2 North Santa Cruz Avenue, Suite 205
Los Gatos, California 95080
Telephone: (408) 399-9707
Facsimile: (408) 399-9757

Attorneys for Plaintiff

**IT IS SO ORDERED**
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>  Defendant. | Case No. C 06-03778 JW (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND ORDER FOLLOWING CASE MANAGEMENT CONFERENCE<br><br>**TRIAL DATE: NONE SET** |

The undersigned counsel for both parties have stipulated to this request to the Court to extend the current January 28, 2008 cutoff date for disclosure of experts to a reasonable time after the Court's determination of the class certification motion which is currently set for hearing on June 30, 2008. There is no trial date currently set.

Counsel for all parties have also agreed that if a party intends to use an expert's opinion or report in support of or in opposition to the class certification motion, a full disclosure will be made two weeks prior to such use and that the expert and his/her report will be provided at least two weeks in advance so that opposing counsel can take such expert(s) deposition(s) in advance of the proposed submission.

Counsel believe that the need for experts depends in part on the outcome of the class certification motion and therefore request that before the parties expend the time and expense of retaining experts to opine on issues, which of necessity depend on whether the case proceeds as a class action, the class certification issue be decided.

Therefore, counsel for both parties have agreed and stipulated to and hereby request that the Court amend its October 2, 2007 Order Following Case Management Conference to provide that disclosure of experts will take place on some date after this Court's decision on the class certification motion, particularly in light of the fact that there is no trial date set in this case.

IT IS SO STIPULATED.

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Gayle M. Athanacio
GAYLE M. ATHANACIO
Attorneys for Defendant Allstate Insurance Company

Stip & [Proposed] Order to Amend CMO

2

LAW OFFICES OF SAMUEL KORNHAUSER,

AND

MARK P. MILLEN, ATTORNEY AT LAW

By: /s/ Samuel Kornhauser
SAMUEL KORNHAUSER
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED. The Court will set a new date following its ruling on the motion for Class Certification.

DATED: January 31, 2008

/s/ James Ware
Judge, United States District Court

Stip & [Proposed] Order to Amend CMO    3