| | |
|---|---|
| 1 | GAYLE M. ATHANACIO (State Bar No. 130068) |
| | gathanacio@sonnenschein.com |
| 2 | SANFORD KINGSLEY (State Bar No. 99849) |
| | skingsley@sonnenschein.com |
| 3 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | 525 Market Street, 26th Floor |
| 4 | San Francisco, CA 94105-2708 |
| | Telephone: (415) 882-5000 |
| 5 | Facsimile: (415) 882-0300 |



Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SAMUEL KORNHAUSER, Esq. (State Bar No. 083528)
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:   (415) 981-6281
Facsimile:    (415) 981-7616

Mark P. Millen, Esq. (State Bar No. 196718)
MARK P. MILLEN, ATTORNEY AT LAW
2 North Santa Cruz Avenue, Suite 205
Los Gatos, California 95080
Telephone:   (408) 399-9707
Facsimile:    (408) 399-9757

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Defendant. | No. C 06-3778 JW RS<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND ORDER FOLLOWING CASE MANAGEMENT CONFERENCE<br><br>TRIAL DATE: NONE SET |

Case No. C 06-3778 JW RS　　　　　　　STIPULATION AND [PROPOSED] ORDER TO AMEND
　　　　　　　　　　　　　　　　　　　　ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

1   The undersigned counsel for both parties stipulate to this request to the Court to revise the
2   current case management conference order which sets forth a schedule in connection with
3   Plaintiff's anticipated motion for class certification. The parties make this request to allow them
4   sufficient time to conduct discovery, resolve discovery disputes (if any), and fully present to the
5   Court their respective positions on class certification. Other than the discovery cut-off, which
6   was previously stipulated to by the parties, and briefing and hearing schedule for a class
7   certification motion, there are no other dates that have been set by the Court. In particular, there
8   is no trial date currently set.

9   Therefore, counsel for both parties have agreed and stipulated to and hereby request that
10  the Court amend its October 2, 2007 Order Following Case Management Conference as follows:

11  Discovery cut-off: June 15, 2008
12  Hearing on Plaintiff's Motion for Class Certification: September 8, 2008, at 9:00 a.m.
13  Plaintiff shall file and serve his motion for Class Certification on or before July 7, 2008.
14  Defendant shall file and serve it Opposition to Plaintiff's Motion on or before August 11,
15  2008.
16  Plaintiff shall file and serve its reply, if any, no later than August 25, 2008.

18  IT IS SO STIPULATED.

20  Date: February 21, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP

22                                          By_____/S/_____
                                                    GAYLE M. ATHANACIO

24                                          Attorneys for Defendant
                                            ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-1-
Case No. C 06-3778 JW RS    STIPULATION AND [PROPOSED] ORDER TO AMEND
                            ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Date: February 21, 2008 | LAW OFFICES OF SAMUEL KORNHAUSER |
| 2 | | |
| 3 | | By  /S/  <br> SAMUEL KORNHAUSER |
| 4 | | Attorneys for Plaintiff |

### ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By  /S/  
GAYLE M. ATHANACIO

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

[PROPOSED] ORDER

Having considered the parties' stipulation and good cause appearing, the Case Management Order in this action is hereby modified as follows:

1. Discovery shall close **May 16, 2008.**

2. The hearing on Plaintiff's Motion for Class Certification is set for **July 7, 2008 at 9 A.M.** The parties shall adhere to the following briefing schedule:

(1) Plaintiff shall file and serve its Motion on or before **June 2, 2008.**
(2) Defendant shall file and serve its Opposition on or before **June 16, 2008.**
(2) Plaintiff's Reply, if any, shall be filed on or before **June 23, 2008.**

The Court has extended the discovery cut-off deadline for an additional two and a half months. This should provide the parties with sufficient time to complete class discovery. This is a 2006 case; the Court has a strong desire to move the case forward. Accordingly, the parties may not stipulate to a different briefing schedule.

DATED: February 27, 2008

_____
JAMES WARE
United States District Judge

-3-

Case No. C 06-3778 JW RS    STIPULATION AND [PROPOSED] ORDER TO AMEND ORDER FOLLOWING CASE MANAGEMENT CONFERENCE