**\*E-FILED 5/21/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLAHO MILETAK, | NO. C O6-03778 JW (RS) |
| Plaintiff, | **ORDER DENYING REQUEST TO VACATE PRIOR ORDER** |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff's request that the Court vacate its order entered May 19, 2008 is denied. Civil Local Rule 6-3 provides that an opposition to a motion to change time may be filed "no later" than the third court day after the motion has been filed, but nothing in the rule precludes the Court from acting before that time when it appears appropriate to do so. Indeed, in some circumstances the Court *must* act sooner if the relief is to be meaningful. Additionally, in this instance, the substance of the Court's order was such that it imposed no significant burden on any party other than to reaffirm the parties' existing duty to meet and confer in good faith over the form of a protective order to be entered in this action. No opposition to the motion to shorten time would have resulted in a different outcome.

Plaintiff's apparent contention that a protective order governing the production of confidential information should not be entered at all is rejected. Upon entry of such an order,

1

1 defendant will, of course, be under a duty only to designate such information as confidential as is
2 truly warranted.  Any disputes over such designations may be resolved pursuant to the procedures
3 set forth in the order.  Entry of such an order, however, is a matter that the parties and their counsel
4 should be able to resolve without the need for Court intervention.

6  IT IS SO ORDERED.

7 Dated: May 21, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER RE MOTION TO SHORTEN TIME
C O6-03778 JW (RS)

2

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Gayle M. Athanacio    gathanacio@sonnenschein.com, hkalay@sonnenschein.com, pcranmer@sonnenschein.com

3  Sanford Kingsley    skingsley@sonnenschein.com

4  Samuel Kornhauser    skornhauser@earthlink.net

5  Mark Paul Millen    MPMillen@aol.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

9  **Dated: 5/21/08**                                    **Richard W. Wieking, Clerk**

                                                        **By:    Chambers**