United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletak, et al., | NO. C 06-03778 JW |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF CLASS DISCOVERY DEADLINE; VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Allstate Insurance Company, et al., | |
| Defendants. | |

On October 5, 2009, the parties are scheduled to appear for a Case Management Conference. On September 25, 2009, the parties timely filed a Joint Interim Case Management Statement. (See Docket Item No. 201.) Defendants have requested a brief extension of the deadline for class discovery to accommodate the deposition of an Allstate Indemnity witness tentatively scheduled for October 22, 2009. The Court finds good cause to grant Defendants' request for the sole purpose of conducting the referenced deposition. Accordingly, the Court VACATES the Case Management Conference scheduled for October 5, 2009 and orders the following:

(1) On or before **October 22, 2009**, the parties shall complete all class discovery.

(2) All other deadlines set out in the Court's June 11, 2009 Scheduling Order shall remain the same. (See Docket Item No. 199.)

(3) Any remaining discovery disputes are referred to the assigned Magistrate Judge.

Dated: October 1, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bonnie Lau blau@sonnenschein.com
Gayle M. Athanacio gathanacio@sonnenschein.com
Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley skingsley@sonnenschein.com

**Dated: October 1, 2009**  **Richard W. Wieking, Clerk**

**By:**    **/s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**