IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vlaho Miletak, | NO. C 06-03778 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Allstate Ins. Co., et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on November 15, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Preliminary Pretrial Conference Statement and Proposed Order. (See Docket Item No. 258.) In their Statement, the parties request that the Court continue the Preliminary Pretrial Conference to January 2011, to enable the parties sufficient time to send the class notice and engage in merits discovery. (Id. at 2.)

For good cause shown, the Court CONTINUES the Preliminary Pretrial Conference to **January 24, 2011 at 11 a.m.** On or before **January 14, 2011**, the parties shall file a Joint Preliminary Pretrial Conference Statement which shall include their respective proposed trial schedule and an update of the parties' settlement efforts, if any.

Dated: November 10, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bonnie Lau blau@snrdenton.com
Gayle M. Athanacio gayle.athanacio@snrdenton.com
Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley sanford.kingsley@snrdenton.com

**Dated: November 10, 2010**                           **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers         **
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**