1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10   Vlaho Miletak,                              NO. C 06-03778 JW

11              Plaintiff,                       **ORDER CONTINUING PRETRIAL**
                                                 **CONFERENCE**
         v.

12
     Allstate Ins. Co., et al,
13
                Defendants.
14   _____/

15          This case is scheduled for a Pretrial Conference on April 25, 2011.  Pursuant to the Federal

16   Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a

17   Joint Preliminary Pre-Trial Statement.  (See Docket Item No. 275.)  In the Joint Preliminary Pre-

18   Trial Statement, both parties contend that the "matter is currently not ready for trial."  (Id. at 2-3.)

19   The parties further contend that several Motions relating to the discovery phase, including Plaintiff's

20   Motion to Exclude Defendants' Expert Designations and Defendants' Motion to Strike Plaintiff's

21   Rebuttal Expert Designation, are pending.  (Id. at 1.)  In light of the parties' contention that the

22   matter is not currently ready for trial and the pending Motions, the Court finds that a Pretrial

23   Conference is premature at this time.

24
25
26
27
28

**United States District Court**
For the Northern District of California

1    Accordingly, the Court CONTINUES the Pretrial Conference to **June 20, 2011 at 10 a.m**.

2  following the hearing on the pending Motions.  On or before **June 10, 2011**, the parties shall file a

3  Joint Preliminary Pretrial Statement that provides the Court with their proposed trial schedule.

4

5

6  Dated:  April 20, 2011

7                                                                    JAMES WARE
                                                                    United States District Chief Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bonnie Lau bonnie.lau@snrdenton.com
Gayle M. Athanacio gayle.athanacio@snrdenton.com
Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley sanford.kingsley@snrdenton.com


**Dated:  April 20, 2011**                                    **Richard W. Wieking, Clerk**


                                                             **By:     /s/ JW Chambers          **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

*United States District Court*
For the Northern District of California