IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Vlaho Miletak, | NO. C 06-03778 JW |
| Plaintiff, | **ORDER VACATING HEARING; TAKING MOTIONS UNDER SUBMISSION** |
| v. | |
| Allstate Ins. Co., et al., | |
| Defendants. | |

Presently before the Court are Allstate Insurance Company and Allstate Indemnity Company's ("Defendants") Motions *in Limine* to exclude the testimony of various Plaintiff's experts, which are noticed for hearing on August 29, 2011. (See Docket Item Nos. 300, 301, 302.) In its June 17, 2011 Order setting the briefing schedule on the parties' motions to exclude expert testimony, the Court stated that, absent any further indication by the Court, the motions would be taken under submission without oral argument. See Civ. L.R. 7-1(b).

In light of the Court's June 17 Order, the Court VACATES the August 29, 2011 hearing on Defendants' Motions and take the Motions under submission without oral argument.

Dated: August 1, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bonnie Lau bonnie.lau@snrdenton.com
Gayle M. Athanacio gayle.athanacio@snrdenton.com
Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley sanford.kingsley@snrdenton.com

**Dated:  August 1, 2011**                                               **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers**
                                                        **Susan Imbriani**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California