SAMUEL KORNHAUSER, Esq., Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:    (415) 981-6281
Facsimile:    (415) 981-7616

Mark P. Millen, Esq., Bar No. 196718
MARK P. MILLEN, ATTORNEY AT LAW
2 North Santa Cruz Avenue, Suite 205
Los Gatos, California 95030
Telephone:    (408) 399-9707
Facsimile:    (408) 399-9757

Attorneys for Plaintiff

GAYLE ATHANACIO, Esq., Bar No. 130068
SANFORD KINGSLEY, Esq. Bar No. 99849
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

Attorneys for Defendants

**IT IS SO ORDERED**
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE INDEMNITY COMPANY, an Illinois corporation and THE ALLSTATE CORPORATION, an Illinois corporation,<br><br>    Defendants. | **Case No. C 06-03778 JW**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT OFF FROM JULY 29, 2011 TO OCTOBER 15, 2011 FOR PURPOSES OF TAKING EXPERT DEPOSITIONS** |

Plaintiff Vlaho Miletak and Defendants Allstate Insurance Company and Allstate Indemnity Company (collectively "Defendants") hereby submit the following "Stipulation And [Proposed] Order Extending Expert Discovery Cut Off From July 29, 2011 To October 15, 2011 For Purposes Of Taking Expert Depositions"

Pursuant to this Court's May 20, 2011 Order (Docket # 286), the Court established a discovery cutoff for all discovery, including expert discovery, of July 29, 2011.  Due to scheduling conflicts of counsel and of the expert witnesses (and an upcoming trial and vacations), the parties' have been unable to complete the taking of depositions of the disclosed expert witnesses.

The parties, without waiving their claims regarding allegedly past due discovery, respectfully request that the Court continue the existing Discovery Cutoff, solely for the purposes of taking expert witness depositions, to October 15, 2011 and hereby stipulate to the issuance of the attached Order.

Dated: July 29, 2011                    LAW OFFICES OF SAMUEL KORNHAUSER,
                                        AND LAW OFFICES OF MARK P. MILLEN


                                        By_____/S/Samuel Kornhauser_____
                                                SAMUEL KORNHAUSER

                                        Attorneys for Plaintiff
                                        VLAHO MILETAK


Dated:  July 29, 2011                   SNR DENTON US LLP


                                        By_____/S/Sanford Kingsley_____
                                                SANFORD KINGSLEY

                                        Attorneys for Defendants
                                        ALLSTATE INSURANCE COMPANY and
                                        ALLSTATE INDEMNITY COMPANY

1
**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT OFF FROM JULY 29, 2011 TO OCTOBER 15, 2011 FOR PURPOSES OF TAKING EXPERT DEPOSITIONS**

SAMUEL KORNHAUSER, Esq., Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:    (415) 981-6281
Facsimile:    (415) 981-7616

Mark P. Millen, Esq., Bar No. 196718
MARK P. MILLEN, ATTORNEY AT LAW
2 North Santa Cruz Avenue, Suite 205
Los Gatos, California 95030
Telephone:    (408) 399-9707
Facsimile:    (408) 399-9757

Attorneys for Plaintiff

GAYLE ATHANACIO, Esq., Bar No. 130068
SANFORD KINGSLEY, Esq. Bar No. 99849
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE INDEMNITY COMPANY, an Illinois corporation and THE ALLSTATE CORPORATION, an Illinois corporation,<br><br>　　　　Defendants. | **Case No. C 06-03778 JW**<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF FROM JULY 29, 2011 TO OCTOBER 15, 2011 FOR PURPOSES OF TAKING EXPERT DEPOSITIONS** |

The Court, having considered the parties' "Stipulation And [Proposed] Order Extending Expert

2
**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY
CUT OFF FROM JULY 29, 2011 TO OCTOBER 15, 2011 FOR PURPOSES OF
TAKING EXPERT DEPOSITIONS**

Discovery Cut Off From July 29, 2011 To October 15, 2011 For Purposes Of Taking Expert Depositions and finding good cause, ORDERS AS FOLLOWS:

    1. The Discovery Cutoff solely for the purposes of taking expert witness depositions, is extended to October 15, 2011.

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE