IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Vlaho Miletak, | NO. C 06-03778 JW |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| Allstate Ins. Co., et al., | |
| Defendants. | |

This case is scheduled for a Pretrial Conference on August 29, 2011. On August 19, 2011, the parties filed a Joint Preliminary Pretrial Statement. (Docket Item No. 324.) In their Statement, the parties contend that: (1) they have "agreed to pursue mediation and will attempt to schedule a mediation with a mutually agreeable mediator within 60 days," though "Plaintiff believes that mediation should take place within the next 30 days"; and (2) "Defendants intend to file a motion for decertification in approximately 30 days and request that the Court set a briefing schedule and hearing date for the motion," which Plaintiff "will oppose."[1] (Id. at 1-2.)

---

[1] The parties further contend that Plaintiff "may file a motion for summary judgment." (Id. at 2.)

In light of the parties' contentions, the Court finds good cause to CONTINUE the Pretrial Conference to **October 31, 2011 at 10 a.m.** On or before **October 21, 2011**, the parties shall file a Joint Preliminary Pretrial Statement updating the Court on the status of their mediation efforts, and provide a good faith proposed schedule on how this case should proceed.

Dated: August 23, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Bonnie Lau bonnie.lau@snrdenton.com
Gayle M. Athanacio gayle.athanacio@snrdenton.com
3 Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
4 Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
5 Sanford Kingsley sanford.kingsley@snrdenton.com

7 **Dated: August 23, 2011**               **Richard W. Wieking, Clerk**

                                           **By:    /s/ JW Chambers**
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**