SAMUEL KORNHAUSER, Esq., Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:   (415) 981-6281
Facsimile:   (415) 981-7616

Mark P. Millen, Esq., Bar No. 196718
MARK P. MILLEN, ATTORNEY AT LAW
2 North Santa Cruz Avenue, Suite 205
Los Gatos, California 95030
Telephone:   (408) 399-9707
Facsimile:   (408) 399-9757

Attorneys for Plaintiff

SANFORD KINGSLEY, Esq., Bar No. 99849
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

GAYLE M. ATHANACIO, Esq., Bar No. 130068
ROGERS JOSEPH O'DONNELL
311 California Street, 10th Floor
San Francisco, CA 94104

Attorneys for Defendants

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE INDEMNITY COMPANY, an Illinois corporation and THE ALLSTATE CORPORATION, an Illinois corporation,<br><br>    Defendants. | **Case No. C 06-03778 JW**<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

C 06-03778 JW   [PROPOSED] ORDER GRANTING MOTION TO EXTEND PRELIM. APPROVAL OF SETTLEMENT MOTION DEADLINE TO JAN. 27, 2012

1     Having considered the parties' Joint Motion For Administrative Relief For An Order

2 Continuing Deadline For Filing Of Motion For Preliminary Approval Of Class Action

3 Settlement and the accompanying Stipulation In Support Of Joint Motion For Administrative

4 Relief , and finding good cause therefore,

5     The Court ORDERS as follows:

6     The deadline for the parties to file their Joint Motion For Preliminary Approval Of Class

7 Action Settlement and supporting documents is continued to January 27, 2012. The hearing for

8 the Joint Motion For Preliminary Approval Of Class Action Settlement remains set for

9 February 13, 2012 at 9:00 am.

10

11 Dated: __January 24____, 2012

12

13 _____

14 JAMES WARE
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA 94111

1

C 06-03778 JW [PROPOSED] ORDER GRANTING MOTION TO EXTEND PRELIM. APPROVAL OF SETTLEMENT MOTION
DEADLINE TO JAN. 27, 2012