1  SAMUEL KORNHAUSER, Esq., Bar No. 083528
2  LAW OFFICES OF SAMUEL KORNHAUSER
   155 Jackson Street, Suite 1807
3  San Francisco, California 94111
   Telephone:    (415) 981-6281
4  Facsimile:    (415) 981-7616

5  Mark P. Millen, Esq., Bar No. 196718
   MARK P. MILLEN, ATTORNEY AT LAW
6  2 North Santa Cruz Avenue, Suite 205
   Los Gatos, California 95030
7  Telephone:    (408) 399-9707
   Facsimile:    (408) 399-9757

8  Attorneys for Plaintiff

9  SANFORD KINGSLEY, Esq., Bar No. 99849
   SNR DENTON US LLP
10 525 Market Street, 26th Floor
   San Francisco, CA 94105-2708

11 GAYLE M. ATHANACIO, Esq., Bar No. 130068
12 ROGERS JOSEPH O'DONNELL
   311 California Street, 10th Floor
13 San Francisco, CA 94104

14 Attorneys for Defendants



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE INDEMNITY COMPANY, an Illinois corporation and THE ALLSTATE CORPORATION, an Illinois corporation,<br><br>    Defendants. | **Case No. C 06-03778 JW**<br><br>**[PROPOSED] ORDER MOVING HEARING DATE FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FROM FEBRUARY 27, 2012 TO MARCH 5, 2012** |

C 06-03778 JW [PROPOSED] ORDER MOVING FEB. 27, 2012 HEARING TO MARCH 5, 2012

Having considered the parties' Joint Motion For Administrative Relief For An Order Moving The February 27, 2012 Hearing On The Joint Motion For Preliminary Approval Of Class Action Settlement to March 5, 2012 and the accompanying Stipulation In Support Of Joint Motion For Administrative Relief , and finding good cause therefore,

The Court ORDERS as follows:

The hearing date for the parties' Joint Motion For Preliminary Approval Of Class Action Settlement is continued from February 27, 2012 to March 5, 2012.

Dated: __February 16___, 2012

_____
JAMES WARE
United States District Judge