IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Vlaho Miletak, | NO. C 06-03778 JW |
|     Plaintiff,<br>v. | **ORDER REQUIRING REVISED PROPOSED ORDER** |
| Allstate Ins. Co., et al., | |
|     Defendants. | |

Presently before the Court is the parties' Motion for Preliminary Approval of Class Action Settlement.[1] The Motion is scheduled for a hearing on March 5, 2012. Upon review of the Motion and the associated Proposed Order,[2] the Court finds that the following revisions are necessary:

(1) The Court sets **June 18, 2012 at 9 a.m.** for a Final Fairness Hearing in this matter. Accordingly, the parties shall file a Revised Proposed Order that: (a) states that the Final Fairness Hearing will be held on that date, and (b) sets forth the actual date of all other deadlines that are calculated pursuant to the date of the Final Fairness Hearing.[3]

---

[1] (Notice of Motion and Motion for Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice to the Class; Memorandum of Points and Authorities in Support Thereof, hereafter, "Motion," Docket Item No. 369.)

[2] ([Proposed] Order Granting Joint Motion for Preliminary Approval of Class Action Settlement and Directing Dissemination of Notice, hereafter, "Proposed Order," Docket Item No. 371.)

[3] (See, e.g., Proposed Order ¶ 8 (stating that an attorney fee application may be made "[n]ot later than thirty-five (35) days prior to the Final Approval Hearing").)

(2) The Settlement Agreement provides for a settlement fund "not to exceed $ 2,727,555,"[4] out of which Class Members will be paid. However, the Motion, Settlement Agreement and Proposed Order are silent as to what will happen to any portion of the $ 2,727,555 settlement fund that goes unclaimed. Accordingly, in their Revised Proposed Order, the parties shall address the issue of what will happen to any unclaimed portion of the $ 2,727,555 settlement fund. In particular, the parties shall include language providing: (a) for a *cy pres* distribution of the unclaimed portion of the settlement fund; and (b) that the parties shall nominate recipients of such a *cy pres* distribution, subject to the Court's approval. To the extent that the parties do not believe this requirement is consistent with the terms of the settlement, the parties shall file a separate Statement articulating those reasons.

(3) The Proposed Order includes a proposed Claim Form which requires Class Members to confirm the truth of the statement "I paid the 'pay in full' amount on one or more Allstate Due Date Renewal Bill(s) by the 'due date' on the bill."[5] However, the Court finds that this requirement is inappropriate, inasmuch as Defendants–rather than Class Members–are in possession of information as to the precise dates on which any individual Class Member paid their bills. Thus, the Court finds that a more appropriate Claim Form would: (a) apprise Class Members that they are in the Class, pursuant to Allstate's records; and (b) simply require Class Members to check a box indicating that they wish to be in the Settlement Class. Accordingly, the parties' Revised Proposed Order shall include a Claim Form containing such language. To the extent that the parties do not believe that the Court's proposed modification is appropriate, the parties shall file a separate Statement articulating those reasons.

---

[4] (Stipulation and Settlement Agreement at 6, Docket Item No. 370.)

[5] (See Proposed Order, Ex. B, Claim Form.)

2

On or before **March 1, 2012 at 3 p.m.**, the parties shall either file: (1) a Revised Proposed Order pursuant to the terms of this Order, or (2) a Revised Proposed Order reflecting the date of the Final Fairness Hearing, along with a Statement addressing those of the Court's recommended modifications that the parties believe are not appropriate. The parties should be prepared to address these issues at the hearing.

Dated: February 28, 2012

JAMES WARE
United States District Chief Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bonnie Lau bonnie.lau@snrdenton.com
Gayle M. Athanacio gayle.athanacio@snrdenton.com
Hillary Noll Kalay hkalay@sonnenschein.com
Mark Paul Millen MPMillen@aol.com
Mark Paul Millen MPMillen@aol.com
Samuel Kornhauser skornhauser@earthlink.net
Sanford Kingsley sanford.kingsley@snrdenton.com

**Dated:  February 28, 2012**                     **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers        **
                                                       **Susan Imbriani**
                                                       **Courtroom Deputy**