UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VLAHO MILETAK, an individual on his own behalf and on behalf of all other automobile insureds of Allstate Insurance Company,<br><br>      Plaintiff - Appellee,<br><br>PHYLLIS WILENS,<br><br>      Objector - Appellant,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation and ALLSTATE INDEMNITY COMPANY,<br><br>      Defendants - Appellees. | No. 12-16739<br><br>D.C. No. 5:06-cv-03778-JW<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The motion filed by the appellant on September 27, 2012 for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk