## Miletak v. Allstate Insurance Company et. al., Case No. C 06-03778 JW (JCS)

**Class Counsel**
Samuel Kornhauser, Esq.
Law Offices of Samuel Kornhauser
155 Jackson Street,
Suite 1807
San Francisco, CA 94111

Saturday – January 12, 2013



RECEIVED

JAN 1 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Samuel Kornhauser,

In my letter dated Monday – May 21, 2012, I clearly stated the below.

**I wish to object because I don't like something about the settlement. I wish to stay in the Class but I wish to tell the Court that I object.**

**I feel that the settlement is NOT fair, reasonable or adequate.**

Settlement Check # 0016100 from the Settlement Administrator for $3.79 is not acceptable to me.

Has the Court considered my views?

I object per section **16. How do I tell the Court that I don't like the settlement?**

**I gave reasons why I thought the Court should not approve it and stated in my letter**

"I wish to stay in the Class but I wish to tell the Court that I object."

Has the Court considered my views? I'm sure that by law that they have and I did not see the **transcript** included with Settlement Check # 0016100 from the Settlement Administrator as to the Honorable Judge Wares determination as to my objections.

I wish that the **Court consider my objections and wish that Judge Ware** make a statement to my objections.

I am sending the original Settlement Check # 0016100 from the Settlement Administrator for $3.79 back to you as it is not acceptable to me.

Sincerely,

Jeffrey W. Seigworth
11268 Vista Sorrento Pky, Unit R-303
San Diego, CA 92130

Copy Sent to:   Clerk of the Court
450 Golden Gate Avenue
San Francisco, CA

**Nilsen v. Allstate Insurance Company et. al., Case No. C 06-03778 JW (JCS)**

Class Counsel
Samuel Kornhauser, Esq.
Law Offices of Samuel Kornhauser
155 Jackson Street
Suite 1807
San Francisco, CA 94111

Saturday – January 12, 2013

Dear Mr. Samuel Kornhauser:

In my letter dated Monday – May 21, 2012, I clearly stated the below.

[illegible]

I feel that the settlement is NOT fair, reasonable or adequate.

Settlement Check # 0016100 from the Settlement Administrator for $3.79 is not acceptable to me.

Has the Court considered my views?

I object per section 16. How do I tell the Court that I don't like the settlement?

I gave reasons why I thought the Court should not approve it and stated in my letter

I wish to stay in the Class but I wish to tell the Court that I object.

Has the Court considered my views? I'm sure that by law that they have and I did request the transcript included with Settlement Check # 0016100 from the Settlement Administrator as to the Honorable Judge Ware's determination to my objections.

I wish that the Court consider my objections and wish that Judge Ware make a statement to my objections.

I am sending the original Settlement Check # 0016100 from the Settlement Administrator for $3.79 back to you as it is not acceptable to me.

Sincerely,

[illegible]
[illegible]
San Diego, CA 92[illegible]

Copy Sent to: Clerk of the Court
450 Golden Gate Avenue
San Francisco, CA

<u>**Miletak v. Allstate Insurance Company et. al., Case No. C 06-03778 JW (JCS)**</u>

Miletak Settlement Administrator
PO Box 6809
Portland, OR 97228-6809

Monday - May 21, 2012

Dear Miletak Settlement Administrator,

I was under Allstate Insurance since I first began to drive. I had their policy for many years. I had their policy through Vestal High School, Rochester Institute of Technology, when I work at the Kennedy Space Center as an Electrical Engineer for over 10 years, moved out to California for a few years and then I had a little scrape. I don't even remember what it was. I always paid my Allstate bills throughout those years because, "I was in good hands with Allstate". But, all that Allstate did was rip me a new one with increased rates on my policy.

I have no love for Allstate and switched to AAA.

<u>**I wish to object because I don't like something about the settlement. I wish to stay in the Class but I wish to tell the Court that I object.**</u>

**I feel that the settlement is NOT fair, reasonable or adequate.**

I wish that the Court consider my objections and wish that Judge Ware send a strong message to Allstate **IF PROVEN** for their wrong doings on this class action as well as the courts evaluation as to Allstate's stewardship and as the need to be an exemplary business in the arena of properly insuring the people that they underwrite for all aspects as required by law and reasonableness.

I wish to be provided a portion of value of the proposed settlement of up to $2,727,555.

> The payment amount will consist of 30 days of interest at an annual rate of 7% simple interest on the payments of the stated "pay in full" amounts that you made on or before the "due date" indicated on the bill.

**This amount is completely unsatisfactory to me.**

Fundamentally, in the first place, the 7% simple interest over a 30 day period then would have to be multiplied over the number of periods of payment during the time of the class action adjusted accordingly and then compounded over the duration value of money (in this case the class action is 7%) up to the present date that the class action lawsuit is finally concluded and the actual check is sent out to me for deposit.

In my honest opinion, if anything less, then this class action is nothing more than a fire-engine chase though town to which a bunch of out of work attorneys want to get paid millions of dollars to pay themselves for them bringing this case to suit.

I take my objections to Judge Ware seriously and it is his duty to perform his function to the citizenry of the United States to which he presides.

<u>**I will accept a simple check payment cut of no less than $2000.00 US.**</u>

Sincerely,

*[signature: Jeffrey W. Seigworth]*

Jeffrey W. Seigworth
11268 Vista Sorrento Pky, Unit R-303
San Diego, CA 92130

Copies sent to:   Clerk of the Court                Samuel Kornhauser, Esq.
                  450 Golden Gate Avenue            Law Offices of Samuel Kornhauser
                  San Francisco, CA 94102-3611      155 Jackson Street, Suite 1807
                                                    San Francisco, CA 94111

MILETAK V. ALLSTATE
SETTLEMENT ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199


*316410941298*



000 0026285 00000000 001 001 26285 INS: 0 0
JEFFREY W SEIGWORTH &
LILY F SEIGWORTH
11268 VISTA SORRENTO PKWY R-303
SAN DIEGO CA 92130-7641

Website: www.MiletakSettlement.com

| | |
|---|---|
| CLAIM NUMBER: | 70458 |
| CHECK NUMBER: | 0016100 |
| CHECK AMOUNT: | $3.79 |
| CHECK DATE: | NOVEMBER 2, 2012 |

This check is issued pursuant to the terms of the Stipulation of Settlement entered in the *Miletak v. Allstate* Settlement, Case No. C 06-03778 JW (JCS). You submitted a Claim Form for a settlement award and the Settlement Administrator has determined your settlement claim was timely and valid. The enclosed check constitutes full satisfaction of your settlement claim.

If you have any questions about your award, you may visit the the settlement website noted above or you may write to:

MILETAK V. ALLSTATE
SETTLEMENT ADMINISTRATOR
PO BOX 6809
PORTLAND, OR 97228-6809

K7231 v.03 10.23.2012

---

MILETAK V. ALLSTATE
SETTLEMENT ADMINISTRATOR
PO BOX 4199
PORTLAND OR 97208-4199

RBS Citizens, N.A.

29-1310
0213

| CHECK NUMBER | DATE |
|---|---|
| 0016100 | 11/02/2012 |

Void if not negotiated within ninety (90) days of date of issue

PAY EXACTLY ********** Three DOLLARS and 79 CENTS    AMOUNT  $ 3.79

PAY TO THE ORDER OF:
JEFFREY W SEIGWORTH &
LILY F SEIGWORTH
11268 VISTA SORRENTO PKWY R-303
SAN DIEGO CA 92130-7641

For Deposit Only _____
Authorized Signature

⑈0016100⑈ ⑆021313103⑆ 40112550 16⑈